UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
SADIO SANIA,

                                Plaintiff,

      – against –

CASSWAY CONTRACTING CORP.,

                              Defendant.
-------------------------------------------------------------------------x

No. 20-CV-1311 (CS)

**ORDER**

<u>Seibel, J.</u>

      Defendant Cassway Contracting Corp. was served with a copy of the summons and complaint on February 19, 2020, (Doc. 5), but there has been no activity since, and Plaintiff's counsel has not responded to inquiries from chambers.

      Therefore, the case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b) unless Plaintiff, by October 27, discontinues, seeks a default judgment in accordance with my Individual Practices, or takes other appropriate action.

**SO ORDERED.**

Dated: October 6, 2020
       White Plains, New York

                                                        _____
                                                           CATHY SEIBEL, U.S.D.J.